IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBLO'S INC. dba TRINO'S
LOUNGE and PABLO SANCHEZ,

      Plaintiffs,                  No. CIV S-07-0894 RRB DAD

  v.

THE BURLINGTON INSURANCE
COMPANY, INC. and DOES 1
through 50, inclusive,

      Defendants.                ORDER
_____/

      This case came before the court on March 24, 2008, for hearing of two discovery motions filed by defendant The Burlington Insurance Company on February 14, 2008. Wesley W. Lew, Esq. appeared telephonically for defendant. A courtesy appearance was made by Clyde West, Esq. on behalf of plaintiffs' attorney of record.

      Defendant's Interrogatories - Set One and Requests for Production of Documents - Set One were served on plaintiffs on November 8, 2007. No responses were served, and plaintiffs failed to respond to good faith efforts made by defendant to meet and confer prior to seeking court action. On February 14, 2008, defendant moved for evidentiary and issue sanctions against plaintiffs or, in the alternative, for orders compelling plaintiffs to serve responses without objections to the discovery requests served November 8, 2007. Defendant also moved for

monetary sanctions. Plaintiffs filed no opposition to the motions and made no effort to confer with defendant until the court day prior to the hearing of the motions. For the reasons set forth on the record in open court, defendant's motions are granted in part.

IT IS ORDERED that:

1. Defendant's February 14, 2008 discovery motions (docket nos. 21 and 22) are denied with respect to evidentiary and issue sanctions, and granted with respect to compelling responses and monetary sanctions.

2. Plaintiffs shall serve responses without objection to all of defendant's Interrogatories - Set One and Requests for Production of Documents - Set One on or before April 8, 2008 by overnight delivery for receipt by defendant's counsel on April 9, 2008.

3. Monetary sanctions in the sum of $1,000.00 shall be paid by plaintiffs' attorney of record, Mark S. Axup, to defendant The Burlington Insurance Company for reasonable expenses incurred in making its motions to compel. Plaintiffs' counsel shall pay the sanctions in full within thirty days after March 24, 2008, and shall file a declaration of compliance on the same date the sanctions are paid.

DATED: March 24, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/boblos0894.oah.032408