IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBLO'S INC. dba TRINO'S
LOUNGE and PABLO SANCHEZ,

        Plaintiffs,           No. CIV S-07-0894 JAM DAD

    v.

THE BURLINGTON INSURANCE
COMPANY, INC. and DOES 1
through 50, inclusive,

        Defendants.           ORDER TO SHOW CAUSE
_____/

        By order filed in this case on March 25, 2008, plaintiffs' counsel was required to file a declaration of compliance regarding payment of monetary sanctions.  IT IS ORDERED that plaintiffs' counsel shall, within ten calendar days from the filing of this order, either file the required declaration or show good cause in writing why sanctions should not be imposed on him for failing to comply with the court's March 25, 2008 order.

DATED: May 6, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/boblos0894.osc