IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBLO'S INC. dba TRINO'S
LOUNGE and PABLO SANCHEZ,

      Plaintiffs,                     No. CIV S-07-0894 JAM DAD

     v.

THE BURLINGTON INSURANCE
COMPANY, INC. and DOES 1
through 50, inclusive,

      Defendants.                <u>SECOND ORDER TO SHOW CAUSE</u>

_____/

        In the order to show cause filed and served in this case on May 6, 2008, the undersigned ordered plaintiffs' counsel to file the declaration of compliance required by the court's March 25, 2008 order or show good cause in writing why sanctions should not be imposed on him for failing to comply with the March 25, 2008 order. Plaintiffs' counsel was required to act within ten calendar days after May 6, 2008.

        More than ten calendar days have passed and a review of the court's docket shows that plaintiffs' counsel has neither filed the required declaration of compliance nor shown good cause in writing why sanctions should not be imposed on him.

/////

1

IT IS ORDERED that:

1. Mark Stewart Axup, counsel for plaintiffs, shall show cause in writing why he should not be sanctioned in the amount of $150.00 for his failure to comply with the court's March 25, 2008 and May 6, 2008 orders.

2. Mr. Axup shall file his written response to this order to show cause on or before June 20, 2008; the written response must be accompanied by counsel's declaration of compliance with the March 25, 2008 order.

3. A hearing on this order to show cause is set for June 27, 2008, at 10:00 a.m. in Courtroom 27.

DATED: May 22, 2008.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/boblos0894.osc2